

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2017

No. 04-16-00566-CR

**EX PARTE GEORGE RODRIGUEZ, JR.**,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-03-11476-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

On January 11, 2017, this court issued an opinion affirming the trial court's denial of appellant's application for writ of habeas corpus seeking relief from double jeopardy following the trial court's declaring a mistrial in appellant's underlying criminal case. A motion for rehearing is due on January 26, 2017. On January 11, 2017, appellant filed a motion requesting a ninety-day extension of time in which to file his motion for rehearing because the trial court has appointed new appellate counsel for appellant. Because the record in this appeal is not lengthy, we grant the motion in part and deny the motion in part.

Appellant's motion for rehearing is due <u>no later than March 27, 2017</u>. No further extensions of time will be considered absent extenuating circumstances.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court